# UNITED STATES COURT OF APPEALS
### FOR THE FIRST CIRCUIT
### JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
### SUITE 8710
### 1 COURTHOUSE WAY
## BOSTON, MASSACHUSETTS 02210
### 617-748-9014

SANDRA L. LYNCH
CHIEF JUDGE

September 11, 2008

Federal Express

The Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RE:  Financial Disclosure - Calendar Year 2007 Filing

Dear Judge Smith:

As requested by the Committee on Financial Disclosure in its letter dated August 25, 2008, I enclose an original and three copies of an amended AO-10 Financial Disclosure Report for Calendar Year 2007. The report was amended to reflect the value and income for each individual stock in the brokerage accounts as requested.



S

Sandra L. Lynch

/sav

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lynch, Sandra L | 2. Court or Organization<br><br>U.S. Court of Appeals, 1st Cir | 3. Date of Report<br><br>09/10/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>1 Courthouse Way, Suite 8710<br>Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2008 SEP 12 A 11: 38 FINANCIAL DISCLOSURE OFFICE RECEIVED

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | May 1-3, 2006 | Washington, D.C. | Committee meeting | Travel expenses |
| 2. | American Bar Association | Feb 9-11, 2007 | Miami, FL | Committee meeting | Travel expenses |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lynch, Sandra L | 09/10/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 09/10/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Mass Muni MM | D | Dividend | L | T | Partial Sale | 6/19 | N | | |
| 2. Bank of America | A | Interest | M | T | | | | | |
| 3. Fidelity Traditional IRA | D | Dividend | M | T | | | | | |
| 4. - Fidelity Disciplined Equity | | | | | | | | | |
| 5. - Fidelity Cash Reserves | | | | | | | | | |
| 6. Fidelity Investments Core Cash | C | Interest | O | T | | | | | |
| 7. ABA Members Retirement Plan (See note, Section VIII) | B | Dividend | K | T | Partial Sale | Mthly | J | | |
| 8. - Stable Asset Return Fund | | | | | | | | | |
| 9. - Moderate Portfolio Fund | | | | | | | | | |
| 10. TA IRA 1 (See note in section VIII) | D | Dividend | M | T | | | | | |
| 11. - Parametric Technology Corp New | | | | | | | | | |
| 12. - Add Venture Assoc II LP (FINAL) | | | | | Distribution | 12/31 | J | | |
| 13. - Federal Home Loan Bk 4% 2010 | | | | | | | | | |
| 14. - Bear Stearns TempFund Cash | | | | | Closed | 10/13 | J | | |
| 15. - Pimco Real Return Fund Cl C | | | | | | | | | |
| 16. - Discover BankGreenwood Del CDs | | | | | Closed | 5/11 | K | | |
| 17. - UBS Bank Dep Acct | | | | | Open | 10/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 09/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TA IRA 2 | E | Dividend | P2 | T | | | | | |
| 19. - Johnson & Johnson | | | | | | | | | |
| 20. - Medtronic Inc. | | | | | | | | | |
| 21. - Pepsico Inc | | | | | | | | | |
| 22. - Amgen Inc | | | | | | | | | |
| 23. - General Growth Properties | | | | | Sell | 4/16 | N | G | |
| 24. - Kinder Morgan Mgmnt LLC | | | | | | | | | |
| 25. - Varian Medical Sys Inc | | | | | | | | | |
| 26. - UnitedHealth Grp Inc | | | | | | | | | |
| 27. - Genzyme Corp | | | | | | | | | |
| 28. - Gilead Sciences Inc | | | | | | | | | |
| 29. - Apache Corp | | | | | | | | | |
| 30. - Amercian Express Co | | | | | | | | | |
| 31. - Praxair Inc | | | | | | | | | |
| 32. - Analog Devices Inc | | | | | Sell | 4/16 | K | | |
| 33. - America Movil S A | | | | | | | | | |
| 34. - Compania Vale Do Rio Doce Spon ADR | | | | | Partial Sale | 10/26 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
| --- | --- | --- |
| Lynch, Sandra L | • | 09/10/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Chesapeak Energy Corp | | | | | | | | | |
| 36.  - Caterpillar Inc | | | | | | | | | |
| 37.  - United Technologies Corp | | | | | | | | | |
| 38.  - Tyco Intl Ltd New | | | | | Sell | 3/30 | L | D | |
| 39.  - Zimmer Hldgs Inc | | | | | | | | | |
| 40.  - Allergan Inc | | | | | | | | | |
| 41.  - Avon Products Inc | | | | | Sell | 4/16 | K | | |
| 42.  - Coach Inc | | | | | | | | | |
| 43.  - Devon Energy Corp | | | | | | | | | |
| 44.  - Diageo PLC-Sponsored ADR | | | | | | | | | |
| 45.  - EOG Resources Inc | | | | | | | | | |
| 46.  - Freeport McMoran Copper & Gold CLB | | | | | | | | | |
| 47.  - Goldman Sachs Group Inc | | | | | | | | | |
| 48.  - Int'l Game Technology AO | | | | | | | | | |
| 49.  - Petsmart Inc | | | | | | | | | |
| 50.  - Rio Tinto PLC | | | | | | | | | |
| 51.  - Smith Int'l Inc Del | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,00 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 09/10/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Teva Pharmaceutical Industries PLC | | | | | | | | | |
| 53. - EMC Corp Mass | | | | | | | | | |
| 54. - Symantec Corp | | | | | | | | | |
| 55. - Bear Stearns TempFund | | | | | Closed | 10/13 | | | |
| 56. - Lehman Brothers Holdings Inc | | | | | | | | | |
| 57. - Altria Group Inc | | | | | | | | | |
| 58. - Texas Instruments Inc | | | | | | | | | |
| 59. - CACI International Inc CL A | | | | | Sell | 4/17 | K | | |
| 60. - UBS Bank USA Deposit Acct | | | | | Open | 10/13 | J | | |
| 61. - General Electric Co | | | | | Buy | 4/17 | M | | |
| 62. - Google | | | | | Buy | 4/17 | L | | |
| 63. - Hewlett Packard Co | | | | | Buy | 4/17 | L | | |
| 64. - Kraft Foods Inc Cl A | | | | | Spin-off | 3/30 | | | |
| 65. - Starbucks Corp | | | | | Buy | 4/17 | L | | |
| 66. IRA ROLLOVER ACCOUNT | F | Dividend | P1 | T | | | | | |
| 67. - Fidelity Advisor Equity Income | | | | | Partial sale | 5/03 | J | A | |
| 68. | | | | | Partial sale | 7/23 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 09/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - Fidelity New Millenium | | | | | Partial sale | 5/03 | J | A | |
| 70. | | | | | Sell | 7/23 | K | D | |
| 71. - Fidelity Low Priced Stock | | | | | Partial sale | 5/03 | J | A | |
| 72. | | | | | Partial sale | 7/23 | J | B | |
| 73. - Fidelity Dividend Growth | | | | | Partial sale | 3/21 | J | B | |
| 74. | | | | | Partial sale | 5/03 | J | A | |
| 75. - Fidelity Capital and Income | | | | | Partial sale | 5/03 | J | A | |
| 76. - Fidelity Invest Grade | | | | | Buy | 3/21 | J | | |
| 77. | | | | | Buy | 7/23 | J | | |
| 78. - Fidelity Int'l Discovery | | | | | Partial sale | 5/03 | J | B | |
| 79. | | | | | Partial sale | 6/28 | K | D | |
| 80. - Fidelity Diversified Int'l | | | | | Partial sale | 3/21 | K | D | |
| 81. | | | | | Sell | 05/03 | K | D | |
| 82. - Fidelity Capital Appreciation | | | | | Partial sale | 5/03 | J | A | |
| 83. - Fidelity Large Cap Value | | | | | Partial sale | 5/03 | J | A | |
| 84. - Fidelity Blue Chip Growth | | | | | Partial sale | 5/03 | J | A | |
| 85. | | | | | Partial sale | 7/23 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 09/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.    - Fidelity Advisor Strategic Inc CL I | | | | | Buy | 6/28 | J | | |
| 87. | | | | | Partial sale | 7/23 | J | | |
| 88.    - Fidelity Inflation Protected Bond | | | | | Partial sale | 7/23 | J | | |
| 89.    - Fidelity Ultra-Short Bond | | | | | Partial sale | 02/13 | J | | |
| 90. | | | | | Buy | 3/21 | J | | |
| 91. | | | | | Partial sale | 5/22 | J | | |
| 92. | | | | | Buy | 6/28 | J | | |
| 93. | | | | | Partial sale | 8/14 | J | | |
| 94. | | | | | Partial sale | 11/13 | J | | |
| 95.    - Fidelity Total Bond | | | | | Buy | 3/21 | J | | |
| 96. | | | | | Buy | 6/28 | J | | |
| 97. | | | | | Buy | 7/23 | J | | |
| 98.    - Fidelity Advisor Mid Cap II CL I | | | | | Partial sale | 5/03 | J | A | |
| 99. | | | | | Partial sale | 7/23 | J | C | |
| 100.  - Spartan 500 Index FID Advantage | | | | | Partial sale | 3/21 | J | B | |
| 101. | | | | | Partial sale | 5/03 | J | A | |
| 102. | | | | | Partial sale | 7/23 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L　　　　　• | 09/10/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Fidelity Real Estate Investment | | | | | Partial sale | 3/21 | J | A | |
| 104. | | | | | Buy | 6/28 | J | | |
| 105. - Fidelity Advisor New Insights Cl I | | | | | Partial sale | 5/03 | J | A | |
| 106. | | | | | Partial sale | 7/23 | K | C | |
| 107. - Fidelity Growth Company | | | | | Partial sale | 5/03 | J | A | |
| 108. - Fidelity Overseas | | | | | Partial sale | 3/21 | J | A | |
| 109. | | | | | Sell | 5/03 | K | C | |
| 110. - Fidelity Growth & Income | | | | | Partial sale | 3/21 | J | | |
| 111. | | | | | Partial sale | 5/03 | J | A | |
| 112. - Fidelity Advisor High Income CL I | | | | | Partial sale | 5/03 | J | A | |
| 113. | | | | | Partial sale | 7/23 | J | A | |
| 114. - Fidelity Short Term Bond | | | | | | | | | |
| 115. -FID PAS US Opp Fidelity Fd of Fds | | | | | Buy | 3/21 | K | | |
| 116. | | | | | Partial sale | 5/03 | J | A | |
| 117. | | | | | Buy | 7/23 | K | | |
| 118. | | | | | Buy | 7/24 | J | | |
| 119. - Fidelity PAS Int'l Fd of Fds | | | | | Buy | 3/21 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 09/10/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end of<br>reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br>(2)<br>Date<br>Month -<br>Day | <br>(3)<br>Value<br>Code 2<br>(J-P) | <br>(4)<br>Gain<br>Code 1<br>(A-H) | <br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Buy | 5/03 | L | | |
| 121. | | | | | Buy | 5/04 | J | | |
| 122. | | | | | Buy | 6/28 | J | | |
| 123.  - Fidelity Small Cap Growth | | | | | Buy | 7/23 | K | | |
| 124.  - Fidelity Stratgegic Real Return | | | | | Buy | 7/23 | K | | |
| 125.  Esplanade Capital Ptnrs I LLC (See note section VIII) | E | Dividend | N | U | | | | | |
| 126.  Brokerage Account 2005 | | | | | Closed | 10/13 | | | |
| 127.  - Bear Stearns Munifund Cash | A | Interest | | | Closed | 10/13 | J | | |
| 128.  - Discover Bank CDs | A | Interest | | | Closed | 5/4 | K | | |
| 129.  Condominium, Carravassett Vallley, ME | D | Rent | M | W | | | | | |
| 130.  UBS Bank USA Deposit Acct | A | Interest | J | T | Open | 10/13 | J | | |
| 131.  PAS Brokerage Account | | | | | | | | | |
| 132.  - Fidelity Advisor Dividend Growth Cl 1 | | None | | | Buy | 6/25 | J | | |
| 133. | | | | | Sell | 11/07 | J | | |
| 134.  - Fidelity Int'l Discovery | A | Dividend | J | T | Buy | 6/25 | J | | |
| 135.  - Fidelity Real Estate Investment | | None | | | Buy | 6/25 | J | | |
| 136. | | | | | Sell | 8/28 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | *P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 09/10/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Fidelity Low Priced Stock | A | Dividend | J | T | Buy | 11/07 | J | | |
| 138. - Fidelity Mass Muni Income | A | Dividend | K | T | Buy | 6/25 | K | | |
| 139. - Fidelity Municipal Income | A | Dividend | J | T | Buy | 6/25 | J | | |
| 140. - Fidelity Short-Intermediate Muni Income | A | Dividend | K | T | Buy | 6/25 | K | | |
| 141. - Fidelity Municpal Money Market | A | Dividend | K | T | Buy | 6/19 | N | | |
| 142. | | | | | Partial Sale | 6/25 | N | | |
| 143. - American Beacon Mid Cap Value Plan Ahead | | None | | | Buy | 8/28 | J | | |
| 144. | | | | | Sell | 11/07 | J | | |
| 145. - Blackrock Large Cap Value Fd Cl A | A | Dividend | | | Buy | 6/25 | J | | |
| 146. | | | | | Sell | 11/07 | J | | |
| 147. - William Blair Int'l Growth Cl N | A | Dividend | J | T | Buy | 6/25 | J | | |
| 148. - Causeway Int'l Value Investor | | None | | | Buy | 6/25 | J | | |
| 149. | | | | | Sell | 11/07 | J | A | |
| 150. - DWS Mass Tax Free Cl S | A | Dividend | K | T | Buy | 6/25 | K | | |
| 151. - Dreyfus Appreciation Fund | B | Dividend | K | T | Buy | 6/25 | J | | |
| 152. | | | | | Buy | 11/07 | J | | |
| 153. - Eaton Vance Large-Cap Value Cl A | A | Dividend | K | T | Buy | 11/07 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 09/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Hartford Capital Appreciation Cl A | A | Dividend | J | T | Buy | 6/25 | J | | |
| 155. - Ishares Tr Russell 2000 Index | | None | J | T | Buy | 11/09 | J | | |
| 156. - Ishares Tr Russell 3000 Index | | None | J | T | Buy | 11/09 | J | | |
| 157. - Janus Fund | A | Dividend | J | T | Buy | 6/25 | J | | |
| 158. - LM Value Trust Finance Intermediary Cl | A | Dividend | J | T | Buy | 8/28 | J | | |
| 159. - Legg Mason Opport Tr Fin Inter | | None | | | Buy | 6/25 | J | | |
| 160. | | | | | Sell | 8/28 | J | | |
| 161. - Lord Abbett Small Cap Blend Cl A | | None | | | Buy | 6/25 | J | | |
| 162. | | | | | Sell | 11/07 | J | | |
| 163. - Marsico Focus | B | Dividend | K | T | Buy | 6/25 | J | | |
| 164. - Morgan Stanley Inst Inc Inter Equity B | A | Dividend | J | T | Buy | 6/25 | J | | |
| 165. - Oppenheimer Main St Opportunity Cl A | A | Dividend | J | T | Buy | 6/25 | J | | |
| 166. - Jennison Growth Cl A | | None | K | T | Buy | 6/25 | J | | |
| 167. - RS Value Fd Cl A | | None | | | Buy | 6/25 | J | | |
| 168. | | | | | Sell | 8/28 | J | | |
| 169. - T Rowe Price Equity Inc Advisor | A | Dividend | | | Buy | 8/28 | J | | |
| 170. | | | | | Sell | 11/07 | K | A | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 09/10/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - T Rowe Price Value Fund Advisor | | None | | | Buy | 6/25 | K | | |
| 172. | | | | | Sell | 8/28 | K | | |
| 173. - S&P 500 Depository Receipt | A | Dividend | J | T | Buy | 6/27 | J | | |
| 174. - SPDR SER TR DJ Wilshire REIT ETF | A | Dividend | J | T | Buy | 8/30 | J | | |
| 175. - SSGA Int'l Stock Sel | A | Dividend | J | T | Buy | 6/25 | J | | |
| 176. IRA Rollover Acct No. 2 | A | Interest | J | T | | | | | |
| 177. - Fidelity Cash Reserves | | | | | Buy | 4/05 | J | | |
| 178. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

AMENDED REPORT - The report has been amended to reflect the income, market value, and valuation method of the individual securities held by the "Brokerage Account 2005," line 126, Part VII and the "PAS Brokerage Account," line 131, part VII. These were previously reported in the aggregate. In part VII, duplicate names in column A for investments with multiple transactions were eliminated. Column C(2) valuation method was completed for lines 129 and 130, which was inadvertently omitted from the originally filed report.

Part VII - Investment limited partnership income whether passive or nonpassive is disclosed as "dividend" income.

Part VII - All investments are publicly traded common stocks or mutual funds unless otherwise noted.

Part VII, TA IRA 1 - This account holds certain nonpublicly traded limited partnership interests. There is no established market value for these partnerships and accordingly no value is indicated. Income consists of interest, dividends, and flow-through capital gains.

Part VII, ABA Members Retirement Plan - The plan sponsor does not provide detail transaction information to plan participants. Plan participants receive an annual report showing which plan funds they are invested in, the plan value, total contributions, total distributions, and net realized and unrealized gains. The plan participant recieved a monthly minimum required distribution. The total assets of the plan that were liquidated to fund the distributions are reflected in column D(3). During the year, the plan participant shifted their investments from the Moderate Portfolio Fund to the Stable AssetReturn Fund. The plan income reported in column B(1) reflects the total plan income including realized and unrealized gains.

Part VII - Esplanade Capital Ptnrs I LLC is a non-publicly traded LLC.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
SUITE 8710
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210
617-748-9014

SANDRA L. LYNCH
CHIEF JUDGE

July 30, 3008

VIA FAX 202-502-1899
and Express Mail

The Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

    RE:   Financial Disclosure - Calendar Year 2007 Filing

Dear Judge Smith:

    I want to respond to the Committee's letter to me of July 23, 2008 regarding additional information required by section 102 of the Act.

    Please note that with regard to paragraph 2 of the letter, the assets for the "Brokerage Account 2005" listed in line 126 of Section VII are listed on lines 127 and 128 of Section VII; and that the assets for the "PAS Brokerage Account" listed on line 131 are listed on lines 132 through 175 of Section VII. I believe no amendments to the report are required.

    Please note that in Section VII, column C(2) on line 129 (page 11) should be "W," and that column C(2) on line 130 (page 11) should be "T." These were omitted through an oversight.

    I hope this letter amendment will be satisfactory. If it is not, please advise me.



/sav

| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| **1. Person Reporting** (last name, first, middle initial)<br><br>Lynch, Sandra L | **2. Court or Organization**<br><br>U.S. Court of Appeals, 1st Cir | **3. Date of Report**<br><br>05/21/2008 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (active) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2007<br>to<br>12/31/2007 |
| **7. Chambers or Office Address**<br><br>United States Courthouse<br>1 Courthouse Way, Suite 8710<br>Boston, MA 02210 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 30 A 11: 22 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/21/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | May 1-3, 2006 | Washington, D.C. | Committee meeting | Travel expenses |
| 2. | American Bar Association | Feb 9-11, 2007 | Miami, FL | Committee meeting | Travel expenses |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/21/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Fidelity Mass Muni MM | D | Dividend | L | T | Partial Sale | 6/19 | N | | |
| 2.   Bank of America | A | Interest | M | T | | | | | |
| 3.   Fidelity Traditional IRA | D | Dividend | M | T | | | | | |
| 4.   - Fidelity Disciplined Equity | | | | | | | | | |
| 5.   - Fidelity Cash Reserves | | | | | | | | | |
| 6.   Fidelity Investments Core Cash | C | Interest | O | T | | | | | |
| 7.   ABA Members Retirement Plan (See note, Section VIII) | B | Dividend | K | T | Partial Sale | Mthly | J | | |
| 8.   - Stable Asset Return Fund | | | | | | | | | |
| 9.   - Moderate Portfolio Fund | | | | | | | | | |
| 10.  TA IRA 1  (See note in section VIII) | D | Dividend | M | T | | | | | |
| 11.  - Parametric Technology Corp New | | | | | | | | | |
| 12.  - Add Venture Assoc II LP (FINAL) | | | | | Distribution | 12/31 | J | | |
| 13.  - Federal Home Loan Bk 4% 2010 | | | | | | | | | |
| 14.  - Bear Stearns TempFund Cash | | | | | Closed | 10/13 | J | | |
| 15.  - Pimco Real Return Fund Cl C | | | | | | | | | |
| 16.  - Discover BankGreenwood Del CDs | | | | | Closed | 5/11 | K | | |
| 17.  - UBS Bank Dep Acct | | | | | Open | 10/13 | J | | |

1. Income Gain Codes:      A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                                                      P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal             R =Cost (Real Estate Only)    S =Assessment              T =Cash Market
   (See Column C2)            U =Book Value            V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/21/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   TA IRA 2 | E | Dividend | P2 | T | | | | | |
| 19.   - Johnson & Johnson | | | | | | | | | |
| 20.   - Medtronic Inc. | | | | | | | | | |
| 21.   - Pepsico Inc | | | | | | | | | |
| 22.   - Amgen Inc | | | | | | | | | |
| 23.   - General Growth Properties | | | | | Sell | 4/16 | N | G | |
| 24.   - Kinder Morgan Mgmnt LLC | | | | | | | | | |
| 25.   - Varian Medical Sys Inc | | | | | | | | | |
| 26.   - UnitedHealth Grp Inc | | | | | | | | | |
| 27.   - Genzyme Corp | | | | | | | | | |
| 28.   - Gilead Sciences Inc | | | | | | | | | |
| 29.   - Apache Corp | | | | | | | | | |
| 30.   - Amercian Express Co | | | | | | | | | |
| 31.   - Praxair Inc | | | | | | | | | |
| 32.   - Analog Devices Inc | | | | | Sell | 4/16 | K | | |
| 33.   - America Movil S A | | | | | | | | | |
| 34.   - Compania Vale Do Rio Doce Spon ADR | | | | | Partial Sale | 10/26 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/21/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Chesapeak Energy Corp | | | | | | | | | |
| 36. - Caterpillar Inc | | | | | | | | | |
| 37. - United Technologies Corp | | | | | | | | | |
| 38. - Tyco Intl Ltd New | | | | | Sell | 3/30 | L | D | |
| 39. - Zimmer Hldgs Inc | | | | | | | | | |
| 40. - Allergan Inc | | | | | | | | | |
| 41. - Avon Products Inc | | | | | Sell | 4/16 | K | | |
| 42. - Coach Inc | | | | | | | | | |
| 43. - Devon Energy Corp | | | | | | | | | |
| 44. - Diageo PLC-Sponsored ADR | | | | | | | | | |
| 45. - EOG Resources Inc | | | | | | | | | |
| 46. - Freeport McMoran Copper & Gold CLB | | | | | | | | | |
| 47. - Goldman Sachs Group Inc | | | | | | | | | |
| 48. - Int'l Game Technology AO | | | | | | | | | |
| 49. - Petsmart Inc | | | | | | | | | |
| 50. - Rio Tinto PLC | | | | | | | | | |
| 51. - Smith Int'l Inc Del | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/21/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Teva Pharmaceutical Industries PLC | | | | | | | | | |
| 53. - EMC Corp Mass | | | | | | | | | |
| 54. - Symantec Corp | | | | | | | | | |
| 55. - Bear Stearns TempFund | | | | | Closed | 10/13 | | | |
| 56. - Lehman Brothers Holdings Inc | | | | | | | | | |
| 57. - Altria Group Inc | | | | | | | | | |
| 58. - Texas Instruments Inc | | | | | | | | | |
| 59. - CACI International Inc CL A | | | | | Sell | 4/17 | K | | |
| 60. - UBS Bank USA Deposit Acct | | | | | Open | 10/13 | J | | |
| 61. - General Electric Co | | | | | Buy | 4/17 | M | | |
| 62. - Google | | | | | Buy | 4/17 | L | | |
| 63. - Hewlett Packard Co | | | | | Buy | 4/17 | L | | |
| 64. - Kraft Foods Inc Cl A | | | | | Spin-off | 3/30 | | | |
| 65. - Starbucks Corp | | | | | Buy | 4/17 | L | | |
| 66. IRA ROLLOVER ACCOUNT | F | Dividend | PI | T | | | | | |
| 67. - Fidelity Advisor Equity Income | | | | | Partial sale | 5/03 | J | A | |
| 68. - Fidelity Advisor Equity Income | | | | | Partial sale | 7/23 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/21/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Fidelity New Millenium | | | | | Partial sale | 5/03 | J | A | |
| 70.  - Fidelity New Millenium | | | | | Sell | 7/23 | K | D | |
| 71.  - Fidelity Low Priced Stock | | | | | Partial sale | 5/03 | J | A | |
| 72.  - Fidelity Low Priced Stock | | | | | Partial sale | 7/23 | J | B | |
| 73.  - Fidelity Dividend Growth | | | | | Partial sale | 3/21 | J | B | |
| 74.  - Fidelity Dividend Growth | | | | | Partial sale | 5/03 | J | A | |
| 75.  - Fidelity Capital and Income | | | | | Partial sale | 5/03 | J | A | |
| 76.  - Fidelity Invest Grade | | | | | Buy | 3/21 | J | | |
| 77.  - Fidelity Invest Grade | | | | | Buy | 7/23 | J | | |
| 78.  - Fidelity Int'l Discovery | | | | | Partial sale | 5/03 | J | B | |
| 79.  - Fidelity Int'l Discovery | | | | | Partial sale | 6/28 | K | D | |
| 80.  - Fidelity Diversified Int'l | | | | | Partial sale | 3/21 | K | D | |
| 81.  - Fidelity Diversified Int'l | | | | | Sell | 05/03 | K | D | |
| 82.  - Fidelity Capital Appreciation | | | | | Partial sale | 5/03 | J | A | |
| 83.  - Fidelity Large Cap Value | | | | | Partial sale | 5/03 | J | A | |
| 84.  - Fidelity Blue Chip Growth | | | | | Partial sale | 5/03 | J | A | |
| 85.  - Fidelity Blue Chip Growth | | | | | Partial sale | 7/23 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/21/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Fidelity Advisor Strategic Inc CL I | | | | | Buy | 6/28 | J | | |
| 87. - Fidelity Advisor Strategic Inc CL I | | | | | Partial sale | 7/23 | J | | |
| 88. - Fidelity Inflation Protected Bond | | | | | Partial sale | 7/23 | J | | |
| 89. - Fidelity Ultra-Short Bond | | | | | Partial sale | 02/13 | J | | |
| 90. - Fidelity Ultra-Short Bond | | | | | Buy | 3/21 | J | | |
| 91. - Fidelity Ultra-Short Bond | | | | | Partial sale | 5/22 | J | | |
| 92. - Fidelity Ultra-Short Bond | | | | | Buy | 6/28 | J | | |
| 93. - Fidelity Ultra-Short Bond | | | | | Partial sale | 8/14 | J | | |
| 94. - Fidelity Ultra-Short Bond | | | | | Partial sale | 11/13 | J | | |
| 95. - Fidelity Total Bond | | | | | Buy | 3/21 | J | | |
| 96. - Fidelity Total Bond | | | | | Buy | 6/28 | J | | |
| 97. - Fidelity Total Bond | | | | | Buy | 7/23 | J | | |
| 98. - Fidelity Advisor Mid Cap II CL I | | | | | Partial sale | 5/03 | J | A | |
| 99. - Fidelity Advisor Mid Cap II CL I | | | | | Partial sale | 7/23 | J | C | |
| 100. - Spartan 500 Index FID Advantage | | | | | Partial sale | 3/21 | J | B | |
| 101. - Spartan 500 Index FID Advantage | | | | | Partial sale | 5/03 | J | A | |
| 102. - Spartan 500 Index FID Advantage | | | | | Partial sale | 7/23 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/21/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - Fidelity Real Estate Investment | | | | | Partial sale | 3/21 | J | A | |
| 104. - Fidelity Real Estate Investment | | | | | Buy | 6/28 | J | | |
| 105. - Fidelity Advisor New Insights Cl I | | | | | Partial sale | 5/03 | J | A | |
| 106. - Fidelity Advisor New Insights Cl I | | | | | Partial sale | 7/23 | K | C | |
| 107. - Fidelity Growth Company | | | | | Partial sale | 5/03 | J | A | |
| 108. - Fidelity Overseas | | | | | Partial sale | 3/21 | J | A | |
| 109. - Fidelity Overseas | | | | | Sell | 5/03 | K | C | |
| 110. - Fidelity Growth & Income | | | | | Partial sale | 3/21 | J | | |
| 111. - Fidelity Growth & Income | | | | | Partial sale | 5/03 | J | A | |
| 112. - Fidelity Advisor High Income CL I | | | | | Partial sale | 5/03 | J | A | |
| 113. - Fidelity Advisor High Income CL I | | | | | Partial sale | 7/23 | J | A | |
| 114. - Fidelity Short Term Bond | | | | | | | | | |
| 115. -FID PAS US Opp Fidelity Fd of Fds | | | | | Buy | 3/21 | K | | |
| 116. -FID PAS US Opp Fidelity Fd of Fds | | | | | Partial sale | 5/03 | J | A | |
| 117. -FID PAS US Opp Fidelity Fd of Fds | | | | | Buy | 7/23 | K | | |
| 118. -FID PAS US Opp Fidelity Fd of Fds | | | | | Buy | 7/24 | J | | |
| 119. - Fidelity PAS Int'l Fd of Fds | | | | | Buy | 3/21 | K | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/21/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - Fidelity PAS Int'l Fd of Fds | | | | | Buy | 5/03 | L | | |
| 121. - Fidelity PAS Int'l Fd of Fds | | | | | Buy | 5/04 | J | | |
| 122. - Fidelity PAS Int'l Fd of Fds | | | | | Buy | 6/28 | J | | |
| 123. - Fidelity Small Cap Growth | | | | | Buy | 7/23 | K | | |
| 124. - Fidelity Stratgegic Real Return | | | | | Buy | 7/23 | K | | |
| 125. Esplanade Capital Ptnrs I LLC (See note section VIII) | E | Dividend | N | U | | | | | |
| 126. Brokerage Account 2005 | A | Interest | | | Closed | 10/13 | | | |
| 127. - Bear Stearns Munifund Cash | | | | | Closed | 10/13 | J | | |
| 128. - Discover Bank CDs | | | | | Closed | 5/4 | K | | |
| 129. Condominium, Carravassett Vallley, ME | D | Rent | M | | | | | | |
| 130. UBS Bank USA Deposit Acct | A | Interest | J | | Open | 10/13 | J | | |
| 131. PAS Brokerage Account | D | Int./Div. | N | T | | | | | |
| 132. - Fidelity Advisor Dividend Growth Cl I | | | | | Buy | 6/25 | J | | |
| 133. - Fidelity Advisor Dividend Growth Cl I | | | | | Sell | 11/07 | J | | |
| 134. - Fidelity Int'l Discovery | | | | | Buy | 6/25 | J | | |
| 135. - Fidelity Real Estate Investment | | | | | Buy | 6/25 | J | | |
| 136. - Fidelity Real Estate Investment | | | | | Sell | 8/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/21/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Fidelity Low Priced Stock | | | | | Buy | 11/07 | J | | |
| 138. - Fidelity Mass Muni Income | | | | | Buy | 6/25 | K | | |
| 139. - Fidelity Municipal Income | | | | | Buy | 6/25 | J | | |
| 140. - Fidelity Short-Intermediate Muni Income | | | | | Buy | 6/25 | K | | |
| 141. - Fidelity Municpal Money Market | | | | | Buy | 6/19 | N | | |
| 142. - Fidelity Municpal Money Market | | | | | Partial Sale | 6/25 | N | | |
| 143. - American Beacon Mid Cap Value Plan Ahead | | | | | Buy | 8/28 | J | | |
| 144. - American Beacon Mid Cap Value Plan Ahead | | | | | Sell | 11/07 | J | | |
| 145. - Blackrock Large Cap Value Fd Cl A | | | | | Buy | 6/25 | J | | |
| 146. - Blackrock Large Cap Value Fd Cl A | | | | | Sell | 11/07 | J | | |
| 147. - William Blair Int'l Growth Cl N | | | | | Buy | 6/25 | J | | |
| 148. - Causeway Int'l Value Investor | | | | | Buy | 6/25 | J | | |
| 149. - Causeway Int'l Value Investor | | | | | Sell | 11/07 | J | A | |
| 150. - DWS Mass Tax Free Cl S | | | | | Buy | 6/25 | K | | |
| 151. - Dreyfus Appreciation Fund | | | | | Buy | 6/25 | J | | |
| 152. - Dreyfus Appreciation Fund | | | | | Buy | 11/07 | J | | |
| 153. - Eaton Vance Large-Cap Value Cl A | | | | | Buy | 11/07 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/21/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. - Hartford Capital Appreciation Cl A | | | | | Buy | 6/25 | J | | |
| 155. - Ishares Tr Russell 2000 Index | | | | | Buy | 11/09 | J | | |
| 156. - Ishares Tr Russell 3000 Index | | | | | Buy | 11/09 | J | | |
| 157. - Janus Fund | | | | | Buy | 6/25 | J | | |
| 158. - LM Value Trust Finance Intermediary Cl | | | | | Buy | 8/28 | J | | |
| 159. - Legg Mason Opport Tr Fin Inter | | | | | Buy | 6/25 | J | | |
| 160. - Legg Mason Opport Tr Fin Inter | | | | | Sell | 8/28 | J | | |
| 161. - Lord Abbett Small Cap Blend Cl A | | | | | Buy | 6/25 | J | | |
| 162. - Lord Abbett Small Cap Blend Cl A | | | | | Sell | 11/07 | J | | |
| 163. - Marsico Focus | | | | | Buy | 6/25 | J | | |
| 164. - Morgan Stanley Inst Inc Inter Equity B | | | | | Buy | 6/25 | J | | |
| 165. - Oppenheimer Main St Opportunity Cl A | | | | | Buy | 6/25 | J | | |
| 166. - Jennison Growth Cl A | | | | | Buy | 6/25 | J | | |
| 167. - RS Value Fd Cl A | | | | | Buy | 6/25 | J | | |
| 168. - RS Value Fd Cl A | | | | | Sell | 8/28 | J | | |
| 169. - T Rowe Price Equity Inc Advisor | | | | | Buy | 8/28 | J | | |
| 170. - T Rowe Price Equity Inc Advisor | | | | | Sell | 11/07 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - T Rowe Price Value Fund Advisor | | | | | Buy | 6/25 | K | | |
| 172.  - T Rowe Price Value Fund Advisor | | | | | Sell | 8/28 | K | | |
| 173.  - S&P 500 Depository Receipt | | | | | Buy | 6/27 | J | | |
| 174.  - SPDR SER TR DJ Wilshire REIT ETF | | | | | Buy | 8/30 | J | | |
| 175.  - SSGA Int'l Stock Sel | | | | | Buy | 6/25 | J | | |
| 176.  IRA Rollover Acct No. 2 | A | Interest | J | T | | | | | |
| 177.  - Fidelity Cash Reserves | | | | | Buy | 4/05 | J | | |
| 178. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/21/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Investment limited partnership income whether passive or nonpassive is disclosed as "dividend" income.

Part VII - All investments are publicly traded common stocks or mutual funds unless otherwise noted.

Part VII, TA IRA 1 - This account holds certain nonpublicly traded limited partnership interests. There is no established market value for these partnerships and accordingly no value is indicated. Income consists of interest, dividends, and flow-through capital gains.

Part VII, ABA Members Retirement Plan - The plan sponsor does not provide detail transaction information to plan participants. Plan participants receive an annual report showing which plan funds they are invested in, the plan value, total contributions, total distributions, and net realized and unrealized gains. The plan participant recieved a monthly minimum required distribution. The total assets of the plan that were liquidated to fund the distributions are reflected in column D(3). During the year, the plan participant shifted their investments from the Moderate Portfolio Fund to the Stable AssetReturn Fund. The plan income reported in column B(1) reflects the total plan income including realized and unrealized gains.

Part VII - Esplanade Capital Ptnrs 1 LLC is a non-publicly traded LLC.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544